UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

DARYL KEITH HOLTON

    Petitioner,

v.                                           1:05-cv-202

RICKY BELL, Warden,

    Respondent.

## O R D E R

This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. §2254; the petitioner is presently incarcerated on death row. Petitioner's application to proceed *in forma pauperis* and his motion for appointment of counsel are **GRANTED**. This matter is hereby **REFERRED** to U.S. Magistrate Judge H. Bruce Guyton for appointment of counsel, for disposition of all non-dispositive motions, for scheduling of deadlines, for establishment of a litigation budget for payment of investigative, expert, and other reasonably necessary services, and for payment recommendation of attorney and other fees.

**E N T E R:**

                                                                    s/ Thomas W. Phillips
                                                              United States District Judge